1

2

3

4

5

6

7

8                          **UNITED STATES DISTRICT COURT**

9                          **CENTRAL DISTRICT OF CALIFORNIA**

10

11   JARVIS ARLEN STEVENS,              )NO. CV 08-00581 DSF (SS)
                                        )
12                  Petitioner,         )
                                        )
13            v.                        )           **JUDGMENT**
                                        )
14   MICHAEL MARTEL, Acting Warden,     )
                                        )
15                  Respondent.         )
     _____)

16

17

18       Pursuant to the Court's Order Adopting Findings, Conclusions and

19   Recommendations of United States Magistrate Judge,

20

21       IT IS HEREBY ADJUDGED that the above-captioned action is dismissed

22   with prejudice.

23

24       DATED: 9/7/10

25                                         _____

26                                         DALE S. FISCHER
                                           UNITED STATES DISTRICT JUDGE

27

28